**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7137**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TAVON ROBINSON,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:06-cr-00074-WDQ-1; 1:09-cv-02305-WDQ)

———————

Submitted: April 19, 2011        Decided: April 21, 2011

———————

Before WILKINSON, KING, and WYNN, Circuit Judges.

———————

Remanded by unpublished per curiam opinion.

———————

Seth Allen Neyhart, STARK LAW GROUP, PLLC, Chapel Hill, North Carolina, for Appellant. Kwame Jangha Manley, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tavon Robinson seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. That order was entered by the district court on February 19, 2010. Robinson, then a prisoner proceeding pro se, filed his notice of appeal between August 9 and August 11, 2010.[*] Robinson's notice of appeal is clearly untimely. See Fed. R. App. P. 4(a)(1)(A). In his notice, however, Robinson indicated that he never received the district court's order. Under Fed. R. App. P. 4(a)(6), the district court may reopen the time to file an appeal for a fourteen-day period if: (1) the moving party did not receive notice of entry of judgment within twenty-one days after its entry; (2) a motion to reopen the appeal period is filed within 180 days of entry of judgment or within fourteen days of receiving notice from the district court, whichever is earlier; and (3) no party would be prejudiced by reopening. We remand to the district court for the limited purpose of determining whether Robinson is entitled to have his time to file an appeal reopened under Rule 4(a)(6). The record,

---

[*] Robinson hand-dated his notice of appeal August 9, 2010; the prison mail room dated it August 11, 2010.

2

as supplemented, will then be returned to this court for further consideration.

REMANDED